# FORM A

CIVIL RIGHTS COMPLAINT TO BE USED BY A *PRO SE* PRISONER
UNDER 42 U.S.C. § 1983 or

Rev. 10/10

UNDER *BIVENS V. SIX UNKNOWN FED. NARCOTICS AGENTS*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

**FILED**

JAMES J. VILT, JR. - CLERK

Allen Earl Smith

OCT 08 2025

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

_(Full name of the Plaintiff(s) in this action)_

v.

Pike County Detention Center
172 Division St
Pikeville Ky, 41501

CIVIL ACTION NO. 3:25CV- 655-JHM
(To be supplied by the clerk)

(✓) DEMAND FOR JURY TRIAL

( ) NO JURY TRIAL DEMAND
(Check only one)

_(Full name of the Defendant(s) in this action)_

## I.   PARTIES

**(A) Plaintiff(s).** Place the full name of the Plaintiff in the first blank below, his/her place of confinement, address, and status. Repeat this procedure for each additional Plaintiff named, if any.

(1) Name of Plaintiff: _Allen Earl Smith_

Place of Confinement: _Pike County Detention Center_

Address: _172 Division St, Pikeville KY, 41501_

Status of Plaintiff: CONVICTED ( )   PRETRIAL DETAINEE (✓)

(2) Name of Plaintiff:_____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED (___) PRETRIAL DETAINEE (___)

(3) Name of Plaintiff:_____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED (___) PRETRIAL DETAINEE (___)

**(B) Defendant(s).** Place the full name of the Defendant in the first blank below, his/her official position title in the second blank, and his/her place of employment in the third blank. Mark the capacity in which the Defendant is being sued. Repeat this procedure for each additional Defendant named, if any.

(1) Defendant _Brian Morris & STAFF_____ is employed

as _Chief Jailor_____ at _Pike County Detention Center_____.

The Defendant is being sued in his/her (✓) individual and/or (✓) official capacity.

(2) Defendant _Tonya Fields_____ is employed

as _Cordinator Nursing_____ at _Pike County Detention Center_____.

The Defendant is being sued in his/her (✓) individual and/or (✓) official capacity.

(3) Defendant _Jason Fields_____ is employed

as _Agrievance Cordinator___ at _Pike County Detention Center_____.

The Defendant is being sued in his/her (✓) individual and/or (✓) official capacity.

(4) Defendant _____ is employed

as _____ at _____.

The Defendant is being sued in his/her (___) individual and/or (___) official capacity.

## III.   STATEMENT OF CLAIM(S)

State here the FACTS of your case.  State how you believe your constitutional rights were violated.  Describe how each Defendant violated your rights.  And set forth the dates on which each event took place.  Do not make legal arguments or cite cases or statutes.  However, identify the constitutional right(s) you allege was/were violated.  If you intend to assert multiple claims, number and set forth each claim in separate paragraphs.

1) My First, Fifth, Ninth, And Fifteenth Constitutional Rights were violated. Upon my arrival At Pikes County Detentional Centee. I Allen Earl Smth have been treated poorly and unfairly in all manners. I begin with I am 54 yrs of age, and was born in Baltimore Maryland. Since my stay here from July 24th things have been going not so well. Currently I have Heart Failure, Liung Disease, Kidney disease, sleeping problems just to name a few. I am on a Cardiac Diet and informed the staff when I Arrived. Problems with my food from the kitchen have been unanswered. Multiple request have been asked but no Answers. I've complained to multiple staff here, medical, Captain and some jailors. I have to know And watch what I eat because I am a Diabete I have (Am Type-2) High Blood Pressure, etc. There isn't no medical staff here to answer or ask questions, to keep chark and need for my medical conditions Numerous request to medical on, 8-14-25, 8-25-25, 8-28-25, 9-15-25 and then when you Arrive Medical Staff is requesting a Pre-Pay Money if I need to be seen immediately

Next, I begin with the Agrievance forms complaints numerous times. When you write one first they are just a regular sheet of paper, No yellow or pink copies of the form for you or the staff, After you write one they go make a copy of it off the fax machine with no response or reply as if you wrote it and just basically have to peal with the problem however! These are just two of my complaints

4

## III. STATEMENT OF CLAIM(S) continued

I think I speak highly for alot more of detainees here At Pike County Detention Center. No Direct Attention in the Dorms, No Assistance call button if you need help, sick or medical Attention (in the Dorms). No proper cleaning supplies on stand by if you wanna sanitize the units while living in Dorms. The showers and floors are old and out of Date. Mold all over the place, inside And out, shower curtains missing etc. No cov-19 mask, or mask, in general, to protect yourself from others being sick or becoming sick. No ICE just incase you get thirsty or want water to Drink. When they serve breakfast lunch and Dinner, we have no beverages to quinch our thirst or even wash the food Down. All detainees aren't as fortunate As others to have or receive money in their Accounts or from family! They house us here under these poor, unproper, unrational, filthy conditions and continue house us on top of one Another, have us sleeping in floors where clearly there is no room for more inmates. To my Acknowledgement the Capacity of inmates is Around 300 inmates, only At the moment it may be 5 to 600 inmates and the Facility is still getting and Accepting more inmates And something needs to be Done and Done soon. The Higher Ups, Corporations, Top Management needs to hit the reset button And send immediate Force And help to see whats going on behind these walls

X Respectfully

Allen Smith 9/21/2025

## IV.  RELIEF

State exactly what you want the Court to do for you.  (If you seek relief which affects the fact or duration of your imprisonment (for example:  release from illegal detention, restoration of good time, expungement of records, release on parole), you must also file your claim under 28 U.S.C. §§ 2241, 2254 or 2255.)  The Plaintiff(s) want(s) the Court to:

_____ award money damages in the amount of $ _5,000,000.00_____

_____ grant injunctive relief by_____

_____ award punitive damages in the amount of $_____

_____ other: _____

## V.    DECLARATION UNDER PENALTY OF PERJURY
(each Plaintiff must sign for him/herself)

I, the undersigned, declare under penalty of perjury that the information contained in this document is true and correct.

This 21 day of September_____, 2025.

_____
(Signature of Plaintiff)

_____
(Signature of additional Plaintiff)

_____
(Signature of additional Plaintiff)

I hereby certify that a copy of this complaint was delivered to the prisoner mail system for mailing on _____.

_____
(Signature)

6



Allan Quinton Smith #
Federal Number 22016-056

The Clerks of Court
601 W. Broadway, Room 106
Gene Snyder United State Courthouse
Louisville, K.Y. 40202

FILED
JAMES J. VILT, JR. - CLERK

OCT 08 2025

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY